# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **MARTAVIUS JAMAAL WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 5:23-cv-01759-RDP-SGC |
| ) | |
| **LT. LEWTER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OPINION

This is an action pursuant to 42 U.S.C. § 1983 filed by Martavius Jamaal Williams, who is proceeding *pro se*. (Doc. 1). On January 3, 2024, the court granted Williams's application to proceed *in forma pauperis* and ordered him to sign a Prisoner Consent Form and return it to the Clerk of Court within thirty days. (Doc. 3). Williams was cautioned that if he did not sign and return the form by the deadline, his lawsuit might be dismissed without further notice. (*Id*.). Despite this warning, Williams did not timely return his Prisoner Consent Form. On February 13, 2024, the Magistrate Judge entered a Report and Recommendation recommending this action be dismissed without prejudice under Rule 41(b) of the *Federal Rules of Civil Procedure* for failure to prosecute. (Doc. 4). Williams was advised of his right to file written objections to the Report and Recommendation within fourteen days. On February 26, 2024, however, the United States Postal Service returned the Report and Recommendation as undeliverable with the following notations: "Return to Sender," "Not Deliverable as Addressed," and "Unable to Forward." (Doc. 5). So, Williams has not updated the court about his address and the court has not received any objections or other response from Williams.

When Williams filed his complaint, he agreed to provide the Clerk's Office with any changes to his address and acknowledged that his failure to keep a current address on file with the Clerk's Office might result in the dismissal of his case. (Doc. 1 at 10). So, not only has Williams not maintained a current mailing address with the court (again, the order sent to him has now been returned as undeliverable), but the court has no way to communicate with Williams, and the record reflects no attempt by Williams to continue to prosecute this action.

After *de novo* consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. (Doc. 4). Consistent with that recommendation, this action will be dismissed without prejudice because Williams has failed to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

A final judgment will be entered.

**DONE** and **ORDERED** this March 8, 2024.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE